**Johnie (Son) COOPER, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 30309.

Court of Criminal Appeals of Texas.

Jan. 14, 1959.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is the sale of whiskey in a dry area; the punishment, a fine of $200.

■■ Appellant plead guilty before the court without the intervention of a jury and cannot now be heard to complain that the State failed to prove the dry status of the area where the sale was made. A plea of guilty in a misdemeanor case admits the truth of each material averment in the information. Hunt v. State, Tex.Cr.App., 317 S.W.2d 743; Hinojosa v. State, 151 Tex.Cr.R. 301, 206 S.W.2d 1011; and Ex parte Clinnard, 145 Tex.Cr.R. 460, 169 S. W.2d 181.

The judgment is affirmed.